No. 261. CASE, COMMISSIONER OF PUBLIC LANDS, *v.* BOWLES, PRICE ADMINISTRATOR, ET AL. October 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Smith Troy,* Attorney General of Washington, and *Edwin C. Ewing,* Assistant Attorney General, for petitioner. *Acting Solicitor General Judson* and *Mr. Richard H. Field* for respondents.

No. 342. ANDERSON ET AL. *v.* MT. CLEMENS POTTERY Co. October 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Lee Pressman* and *Edward Lamb* for petitioners. *Mr. Bert V. Nunneley* for respondent.

No. 354. HOWITT ET AL. *v.* UNITED STATES. October 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Bart. A. Riley* for petitioners. *Acting Solicitor General Judson, Messrs. Robert S. Erdahl* and *Irvin Goldstein* for the United States.

No. 319. NATIONAL LABOR RELATIONS BOARD *v.* CHENEY CALIFORNIA LUMBER Co. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Acting Solicitor General Judson* and *Mr. Alvin J. Rockwell* for petitioner. No appearance for respondent.

No. 344. BELL ET AL. *v.* HOOD ET AL. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. A. L. Wirin*